IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McLemore, LaNetra M | Case Number: 07 B 02605 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 2/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 15, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,363.02 | |
| Secured: | | 1,663.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 565.78 |
| Trustee Fee: | | 133.29 |
| Other Funds: | | 0.00 |
| Totals: | 2,363.02 | 2,363.02 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 550.00 | 2.86 |
| 2. | Robert J Semrad & Associates | Administrative | 2,500.00 | 560.83 |
| 3. | Robert J Semrad & Associates | Administrative | 300.00 | 2.09 |
| 4. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 9,000.00 | 1,663.95 |
| 6. | First Franklin Financial | Secured | 7,123.00 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 2,527.73 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 2,189.47 | 0.00 |
| 9. | Illinois Lending Corporation | Unsecured | 1,176.76 | 0.00 |
| 10. | AAA Checkmate LLC | Unsecured | 132.01 | 0.00 |
| 11. | America's Financial Choice Inc | Unsecured | 405.29 | 0.00 |
| 12. | Brother Loan & Finance | Unsecured | 2,518.16 | 0.00 |
| 13. | American General Finance | Unsecured | 298.30 | 0.00 |
| 14. | Sir Finance Corporation | Unsecured | 1,693.53 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 343.75 | 0.00 |
| 16. | AmeriCash Loans, LLC | Unsecured | 1,909.23 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 387.43 | 0.00 |
| 18. | City Of Chicago | Secured | | No Claim Filed |
| 19. | Certified Recovery | Unsecured | | No Claim Filed |
| 20. | CitiFinancial | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |
| 26. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McLemore, LaNetra M | Case Number: 07 B 02605 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/29/09 | Filed: 2/14/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | North American Auto Services | Unsecured | | No Claim Filed |
| 28. | Senex Services Corp | Unsecured | | No Claim Filed |
| 29. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | $ 33,054.66 | $ 2,229.73 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 99.84 |
| 6.5% | 32.14 |
| 6.6% | 1.31 |
| | $ 133.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

